JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 13-5684-JFW (VBKx)**                                    Date: February 10, 2014

Title:   Gold Value International Textile, Inc.  -v- Star of India Fashions Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                      None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

   In the Notice of Settlement filed on February 7, 2014, Dkt. No. 15, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before March 10, 2014.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until March 10, 2014.  Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.  All dates in this action, including the trial date are vacated.

   IT IS SO ORDERED.